UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>        Petitioner,<br><br>v.<br><br>RALPH DIAZ, Secretary,<br><br>        Respondent. | Case No.: 18cv2884 AJB (BGS)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

  Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was apparently housed at the Substance Abuse Treatment Facility and thus named Stu Sherman, Warden, as Respondent. Based on the return address on May 21, 2019, it appears Petitioner is no longer housed at the Substance Abuse Treatment Facility; rather, it appears he is presently located at High Desert State Prison in Susanville, California.

  A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases, the Court hereby <u>sua sponte</u> orders the substitution of Ralph Diaz, Secretary of the California Department of Corrections and Rehabilitation as respondent in place of Stu Sherman. *See Ortiz-*

1

*Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

**IT IS SO ORDERED.**

Dated: May 30, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge