

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Clarence V. Knight

                **Plaintiff,**

V.

Ralph Diaz Secretary of the California Department of Corrections and Rehabilitation

                **Defendant.**

**Civil Action No.** 18-cv-02884-AJB-BGS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Respondent's Motion to Dismiss is hereby Granted. Petitioner's Petition for Habeas Corpus is Dismissed. The Court Declines to issue a Certificate of Appealability.

Date: 3/30/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle

                S. Tweedle, Deputy